ROSE KRONENBERG, RELATOR, v. MARK F. MASTERS, IN-
SPECTOR OF BUILDINGS OF THE BOROUGH OF MAY-
WOOD, ET AL., RESPONDENTS.

Submitted October 14, 1927—Decided February 25, 1928.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the relator, *Abraham I. Bluestein* and *Harry Nadell*.

For the respondents, *Charles J. McCarthy*.

PER CURIAM.

This case is before us on a rule to show cause why a per-
emptory or alternative writ of *mandamus* should not be
issued to the inspector of buildings in the borough of May-
wood, in the county of Bergen, to direct him to issue a build-
ing permit to the relator, Rose Kronenberg. This case in-
volves no question of zoning. There is no zoning ordinance
in the borough of Maywood. The relator desired to build
upon a lot owned by her in said borough a building con-
sisting of two stores and three apartments. Plans, specifica-
tions and proper fee were tendered to the building inspector.
He refused to grant a permit for the reason that it was
not shown that the proposed building would set back twenty
feet from the curb line at every point, as required by the
building code. There was no other objection to the plans and
specifications. The plan of the building as first submitted
did raise a question as to whether there was to be a twenty-
foot set-back from the curb line of all of the proposed build-
ing. A new plan of the location of the proposed building

upon the lot was then prepared, which eliminated any question that the building was to be set back twenty feet from the curb line. This plan was submitted. The permit was again refused. When the relator applied to the mayor and council to ascertain why no action had been taken in her case she was informed that the matter was in the hands of the counsel for the borough. Time went on. Nothing was done. The application for a *mandamus* was then made and the rule allowed.

In our opinion a peremptory writ of *mandamus* should be issued. There is no proposed violation of the building code shown in the testimony. There is no zoning ordinance in the borough, hence, no board of adjustment. *Mandamus* is the proper remedy. If the respondents desire to appeal this decision consent to the moulding of the pleadings is given.

A peremptory writ of *mandamus* is awarded.